IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>OCTAVIO ZAMORA-CHONA, and ALEXI ZAMORA-CHONA,<br><br>                Defendants. | 8:24CR196<br><br>ORDER |

      This matter is before the Court on defendant Octavio Zamora-Chona's Unopposed Motion to Continue Trial (Filing No. 53). Counsel needs additional time to conduct plea negotiations. The government and counsel for co-defendant have no objection to the continuance. For good cause shown,

      IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 53) is granted as follows:

1.     The jury trial, **for both defendants**, now set for March 24, 2025, is continued to **May 27, 2025.**

2.     In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 27, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 3rd day of March 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge