IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>      v.<br><br>OCTAVIO ZAMORA-CHONA, and ALEXI ZAMORA-CHONA,<br><br>                         Defendants. | 8:24CR196<br><br>ORDER |

      This matter is before the Court on defendant Alexi Zamora-Chona's Unopposed Motion to Continue Trial (Filing No. 55). Counsel needs additional time to review a large amount of discovery and confer with client. The government and counsel for co-defendant have no objection to the continuance. For good cause shown,

      IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 55) is granted as follows:

1. The jury trial, **for both defendants**, now set for May 27, 2025, is continued to **August 4, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 4, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 12th day of May 2025.

                                                BY THE COURT:

                                                Robert F. Rossiter, Jr.
                                                Chief United States District Judge