IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:24CR196** |
| v. | | |
| OCTAVIO ZAMORA-CHONA, and ALEXI ZAMORA-CHONA, | | **ORDER** |
| Defendants. | | |

This matter is before the Court on defendant Alexi Zamora-Chona's Unopposed Motion to Continue Trial (Filing No. 58).  Counsel needs additional time to review discovery, request additional discovery and confer with client.   The government and counsel for co-defendant have no objection to the continuance.  For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 58) is granted as follows:

1.    The jury trial, **for both defendants**, now set for August 4, 2025, is continued to **September 22, 2025.**

2.    In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 22, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 21st day of July 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge