IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>OCTAVIO ZAMORA-CHONA, and ALEXI ZAMORA-CHONA,<br><br>              Defendants. | 8:24CR196<br><br>ORDER |

This matter is before the Court on defendant Octavio Zamora-Chona's Unopposed Motion to Continue Trial (Filing No. 60). Counsel needs additional time to review discovery material and conduct plea negotiations. The government and counsel for co-defendant have no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 60) is granted, in part, as follows:

1. The jury trial, **for both defendants**, now set for September 22, 2025, is continued to **November 3, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 3, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 2nd day of September 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge