IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OCTAVIO ZAMORA-CHONA,<br><br>Defendant. | 8:24CR196<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 79). The Court has carefully reviewed the record in this case and finds as follows:

1. On November 25, 2025, defendant Octavio Zamora-Chona ("Zamora-Chona") pleaded guilty to Count I of the Second Superseding Indictment (Filing No. 66) and admitted the Forfeiture Allegation. Count I of the Second Superseding Indictment charged Zamora-Chona with possession with intent to distribute 50 grams or more of methamphetamine (actual); a violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1).

2. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of $19,268 in United States currency seized from 3048 Titus Avenue, Omaha, Nebraska, on November 21, 2024, as "property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense."

3. The Forfeiture Allegation sought forfeiture, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), of "any firearm involved in any violation of 18 U.S.C. § 924(c)(1)(A), 26 U.S.C. §§ 5841, 5861(d), and 5871, and 18 U.S.C. § 922(g)(5)," which includes, but it not limited to: a Hi-Point 995 9mm rifle; a Keltec P-I 1 9mm handgun;

a Taurus PTI 11 Millenium G2 9mm handgun; a Ruger LCP II .380-caliber handgun; and a Jimenez Arms J.A. .380-caliber handgun.

4. Based on the Zamora-Chona's guilty plea and admission, Zamora-Chona forfeits his interest in the aforementioned property pursuant to 21 U.S.C. § 853.

5. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 79) is granted.

2. Based upon the Forfeiture Allegation of the Second Superseding Indictment (Filing No. 66) and Zamora-Chona's guilty plea and admission, the government is hereby authorized to seize the $19,268 in United States currency; a Hi-Point 995 9mm rifle; a, Keltec P-I 1 9mm handgun; a Taurus PTI 11 Millenium G2 9mm handgun; a Ruger LCP II .380-caliber handgun; and Jimenez Arms J.A. .380-caliber handgun.

3. Zamora-Chona's interest in the property is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The property is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property, in such manner as the Attorney General may direct, and notice that any person, other than Zamora-Chona, having or claiming a legal interest in the property, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the property, shall be signed by the Petitioner under penalty of perjury, and

       shall set forth the nature and extent of the Petitioner's right, title, or interest in the property, and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the property, as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 5th day of December 2025.

                BY THE COURT:

                */s/ Robert F. Rossiter, Jr.*
                Robert F. Rossiter, Jr.
                Chief United States District Judge