IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OCTAVIO ZAMORA-CHONA,<br><br>Defendant. | **8:24CR196**<br><br>**FINAL ORDER**<br>**OF FORFEITURE** |

This matter is before the Court upon the government's Motion for Final Order of Forfeiture (Filing No. 106).   The Court has carefully reviewed the record in this case and finds as follows:

1.      On December 5, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 80) forfeiting defendant Octavio Zamora-Chona's ("Zamora-Chona") interest in $19,268 in United States currency; a Hi-Point 995 9mm rifle; a Keltec P-I 1 9mm handgun; a Taurus PTI 11 Millenium G2 9mm handgun; a Ruger LCP II .380-caliber handgun; and a Jimenez Arms J.A. .380-caliber handgun.

2.      Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 9, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on February 27, 2026 (Filing No. 105).

3.      Co-defendant Alexi Zamora-Chona pleaded to an Information (Filing No. 98) without a forfeiture allegation but agreed to forfeit the Property in his Plea Agreement (Filing No. 104).

4. The Hi-Point 995 9mm rifle; Keltec P-I 1 9mm handgun; Taurus PTI 11 Millenium G2 9mm handgun; Ruger LCP II .380-caliber handgun; and Jimenez Arms J.A. .380-caliber handgun has been administratively forfeited by the Bureau of Alcohol, Tobacco, Firearms and Explosives.

5. The government advises the Court that no Petitions have been filed. A review of the record supports that assertion.

6. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 106) is granted.

2. All right, title and interest in and to the $19,268 in United States currency seized on or about November 21, 2024, held by any person or entity are forever barred and foreclosed.

3. The $19,268 in United States currency is forfeited to the government.

4. The government is directed to dispose of the $19,268 in United States currency in accordance with law.

Dated this 9th day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge